# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: ALLEGHENY COUNTY PROVISIONAL BALLOTS IN THE 2020 GENERAL ELECTION | : | No. 338 WAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| PETITION OF: ALLEGHENY COUNTY BOARD OF ELECTIONS | : | Court |
| | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 23rd day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.